UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15−cv−24232−DPG

CROSSCHECK, LLC,

        Plaintiff,
vs.

TAPNSELL, INC., and CARLOS GARC IA,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Crosscheck, LLC hereby notifies the Court that the case has settled with Defendants TapNSell, Inc. and Carlos Garcia and that the parties will file dismissal papers upon completion of the settlement terms.

Date: December 7, 2015

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Counsel for Plaintiff*
201 S. Biscayne Blvd., 22nd Floor
Miami, Florida  33131-4301
(305) 403-8788 Main
(305) 403-8789 Facsimile

By: */s/ Lawrence A. Kellogg, P.A.*
    LAWRENCE A. KELLOGG, P.A.
    Florida Bar No. 328601
    Primary E-Mail:  lak@lklsg.com
    Secondary E-Mail: cod@lklsg.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that copies of the foregoing Notice are being served, via U.S. Certified Mail on TapNSell, Inc., c/o United States Corporation Agents, Inc., Registered Agent, 300 Delaware Avenue, #210-A, Wilmington, DE 19801 and on Carlos Garcia, 7803 Mathern Court, Lakewood Ranch, FL 34202-2592.

By: */s/ Lawrence A. Kellogg, P.A.*
     LAWRENCE A. KELLOGG, P.A.

Courtesy copies furnished to:

Carlos Garcia
carlosthetrafficguy@gmail.com
Jason Stark, Esq.
jason@private-advising.com