UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI  DIVISION

CASE NO. 1:15−cv−24232− GAYLES/TURNOFF


CROSSCHECK, LLC,

          Plaintiff,

vs.

TAPNSELL, INC., and CARLOS GARC IA,

          Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to [D.E. 22] Plaintiff, Crosscheck, LLC, by and through undersigned counsel,

hereby voluntary dismisses this action without prejudice.


Date: February 5, 2016                    Respectfully submitted,


                      LEVINE KELLOGG LEHMAN
                      SCHNEIDER + GROSSMAN LLP
                      *Counsel for Plaintiff*
                      201 S. Biscayne Blvd., 22nd Floor
                      Miami, Florida  33131-4301
                      (305) 403-8788 Main
                      (305) 403-8789 Facsimile


          By: */s/ Lawrence A. Kellogg, P.A.*
                      LAWRENCE A. KELLOGG, P.A.
                      Florida Bar No. 328601
                      Primary E-Mail:  lak@lklsg.com
                      Secondary E-Mail: cod@lklsg.com
                      JEZABEL P. LIMA, ESQ.
                      Florida Bar No. 519431
                      Primary E-mail: jl@lklsg.com
                      Secondary E-mail: kh@lklsg.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that copies of the foregoing Notice are being served, via U.S. Certified Mail on TapNSell, Inc., c/o United States Corporation Agents, Inc., Registered Agent, 300 Delaware Avenue, #210-A, Wilmington, DE 19801 and on Carlos Garcia, 7803 Mathern Court, Lakewood Ranch, FL 34202-2592.

By: */s/ Lawrence A. Kellogg, P.A.*
LAWRENCE A. KELLOGG, P.A.

Courtesy copies furnished to:

Carlos Garcia
carlosthetrafficguy@gmail.com
Jason Stark, Esq.
jason@private-advising.com

IS3882

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 22nd Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789